# COURT MINUTES
## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor    Date: 09/21/2026 Time: 10:00 AM

Defendant: Samir Handal    J#: 52718-506    Case #: 22-cr-20104-BECERRA

AUSA: Dwayne Williams    Attorney: Paul Petruzzi (TEMP)

Violation: Conspiracy to Kill or Kidnap Outside U.S    Surr/Arrest Date: 09/20/2026    YOB: 1958

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond: Temp PTD

Bond Set at: $    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ________ x's a week/month by phone: ______ x's a week/month in person

☐ Random urine testing by Pretrial Services ________ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition: Defendant sworn; Defendant advised of rights and charges. Temp NOA filed. Government seeks PTD based on risk of flight and danger to the community; Govt's ore tenus motion for PTD Hearing Granted.

*Brady Order Given*

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 9/28 | 10:00 am | Duty | Miami |
| PTD/Bond Hearing: | 9/28 | 10:00 am | Duty | Miami |
| Prelim/Arraign or Removal: | 9/28 | 10:00 am | Duty | Miami |
| Status Conference RE: | | | | |

D.A.R. 10:28:40/10:42:54    Time in Court: 14 mins

s/Lisette Reid    Magistrate Judge