# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor

Date: 09/28/2026 Time: 10:00 AM

Defendant: Samir Handal J#: 52718-506 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Yara Dodin Attorney: Paul D. Petruzzi -CJA

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention Hearing; Arraign; Status RE:Indig CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP -Pretrial Detention

Bond Set at: **Pretrial Detention** Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

*Brady Order given on 9-21-26*

Defense Atty reports he had previously filed a TEMP-N.O.A. D.E. #1916 for private representation. Defense Atty ore tenus request to set a RRC hearing and to Continue the Arraign. and Status RE: Indigency is **GRANTED**. Detention Hearing Held; Govt. seeks PTD; Sworn and testified: S/A Baxter Cohen-FBI & S/A Dominic Francis-HSI. Defense Exhibits A thru C admitted. Govt's ore tenus request for PTD based on serious flight risk and danger -**GRANTED**. The Court ordered the deft detained pending trial.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 10-9-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | 10-9-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |
| **Status Conf RE: Indig.** | 10-9-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |

D.A.R. 11:24:33 Time in Court: 2 hours 15 minutes