UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA, :
Plaintiff, :
v. :
SAMIR HANDAL, :
Defendant. :

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that PAUL D. PETRUZZI, ESQ., hereby enters his permanent appearance in the District Court as counsel for SAMIR HANDAL. Please send all pleadings, correspondence, documents, and the like in this case to the undersigned. This appeal does not include an appeal, if one is necessary.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: /s/ Paul D. Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By: /s/ Paul D. Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Attorney for Defendant