UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_______________________________/

**UNOPPOSED MOTION TO SEAL**

The Defendant, SAMIR HANDAL, through undersigned counsel, respectfully requests that Mr. Handal's Notice of Filing Medical Records and specifically the medical records attached to said notice be SEALED until further order of the Court as the medical records must be sealed pursuant to H.I.P.P.A. regulations. The United States Attorney's Office, counsel for the Defendant, and the United States Probation Office may obtain copies of said medical records. The undersigned has conferred with the Government who does not oppose the sealing of the medical records.

Respectfully submitted,

**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: PAUL D. PETRUZZI
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2026, a true and correct copy of the foregoing was furnished CM/ECF to counsel of record.

By: PAUL D. PETRUZZI
**PAUL D. PETRUZZI, ESQ.**
Attorney for Samir Handal