UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

**FILED UNDER SEAL**

v.

SAMIR HANDAL,

Defendant.
_______________________________/

**SEALED ORDER**

THIS CAUSE came before the Court on Defendant's Motion to Seal the Notice of Filing containing the Defendant's medical records. After reviewing the motion, it is hereby:

ORDERED AND ADJUDGED that the Defendant's Motion to Seal the Notice of Filing containing medical records is Granted. The Defendant's Notice of Filing containing the Defendant's medical records shall be filed under seal.

DONE AND ORDERED in chambers at Miami, Florida this __ day of ________ , 2026.

_______________________________________
HONORABLE JUDGE JACQUELINE BECERRA
UNITED STATES DISTRICT COURT JUDGE

cc all counsel of record