UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_______________________________/

**ORDER GRANTING IN PART DEFENDANT SAMIR HANDAL'S MOTION FOR RECOMMENDATION DIRECTING THE FEDERAL DETENTION CENTER – MIAMI TO PROVIDE NECESSARY MEDICAL CARE**

THIS CAUSE is before the Court on Defendant Samir Handal's Motion for Recommendation Directing the Federal Detention Center – Miami to Provide Necessary Medical Care and Non-Punitive Housing to Defendant, Samir Handal. ECF No. [2138]. The Court has reviewed the Motion, the medical records submitted under seal, and the record, and is otherwise fully advised. The Court notes that, pursuant to Local Rule 88.9, the Government took no position on the Motion and deferred to the Bureau of Prisons ("BOP") and the United States Marshals Service ("USMS"). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED IN PART AND DENIED IN PART.** It is granted as provided for below, and denied without prejudice as to any other relief requested in the Motion.

2. The BOP shall ensure that Defendant receives the medical care required by his documented medical conditions, as prescribed prior to his detention, including the following:

a. **Seizure disorder.** Defendant shall be provided medication for this condition in a manner that is consistent with the direction provided for by a medical professional who has reviewed his medical file and made a determination of what is necessary.

b. **Sleep apnea and COPD.** Within seven (7) days of this Order, FDC-Miami shall verify Defendant's CPAP prescription and settings and shall provide him a functioning CPAP device and necessary supplies, together with housing that permits safe nightly use, including access to an electrical outlet. A clinician shall also review Defendant's COPD regimen and provide any prescribed inhalers or nebulizers. If a CPAP machine is not made available, the BOP shall provide the Court with notice that such treatment is not available and describe what alternative treatment is being provided, if any.

c. **Retinal disease.** FDC-Miami shall promptly arrange a medical evaluation of Defendant's macular degeneration and shall ensure that he receives his recurring eye injections as necessary.

d. **Spinal conditions and sleeping arrangements.** Defendant shall be provided with a bed or bunk.

e. **Urinary incontinence and hygiene.** Defendant shall be provided with adult incontinence products of the proper size and in sufficient quantity

to permit changes as required, together with changes of clothing and linens, and access to a working shower.

f. **Other conditions.** Defendant shall receive continued care and monitoring for his hypertension, chronic pain, fibromyalgia, thyroid nodules, and other documented conditions, and shall be provided meals consistent with his documented dietary restrictions.

3. Within seven (7) days of this Order, BOP shall conduct a comprehensive medical evaluation of Defendant and make any necessary updates to Defendant's BOP medical file.

4. Within ten (10) days of this Order, the Government shall file a notice confirming compliance with this Order, and/or otherwise providing the Court with any information as to why compliance has not been made.

5. The Government shall provide a copy of this Order to the Warden of FDC Miami.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2026.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE