**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**SAMIR HANDAL,**
**Defendant.**
______________________________/

**NOTICE OF COMPLIANCE**

**COMES NOW**, the United States of America, by and through the undersigned Assistant United States Attorneys, and hereby files this Notice of Compliance Regarding the Court's October 20, 2026, Order (DE 2170) (hereinafter "the Court's Order"). Prior to this instant filing, the Government has continually conferred with local supervisory legal counsel for the Bureau of Prisons ("BOP") regarding the matters outlined in the Court's Order (id.). BOP is ensuring that Defendant Handal continues to receive medical care as required by his documented medical conditions. Defendant Handal also received a comprehensive medical evaluation on October 19, 2026. As to the specific conditions outlined in the Court's Order:

**a. Seizure disorder.** Defendant Handal has been provided medication by a medical professional who has reviewed his medical file for this condition.

**b. Sleep apnea and COPD**. Defendant Handal has been allowed his own CPAP machine, which was provided by his defense counsel. A medical professional has also reviewed Defendant Handal's COPD regimen and provided any prescribed inhalers or nebulizers.

**c. Retinal disease**. Defendant Handal was seen by a medical professional for this condition and a follow-up appointment has also been scheduled.

**d. Spinal conditions and sleeping arrangements.** Defendant Handal has been provided a bed.

**e. Urinary incontinence and hygiene.** Defendant Handal has been provided access to required adult incontinence products and a working shower.

**f. Other conditions.** Defendant Handal is being monitored by medical professionals for the described conditions and has been provided meals consistent with any documented dietary restrictions.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
JASON WU
Assistant United States Attorney
Court ID No. A5502299
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
ALTANESE PHENELUS
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2026, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

*/s Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney