# U.S. District Court

## Florida Southern - Miami

Receipt Date: Oct 30, 2026 2:17PM

LAW OFFICES OF PAUL D. PETRUZZI, P.A.
169 E. FLAGLER STREET
SUITE 1241
MIAMI, FL 33131

Rcpt. No: 324605 Trans. Date: Oct 30, 2026 2:17PM Cashier ID: #AS (1896)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 400 | CJA Repayment | | 1 | 2000.00 | 2000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #4160 | 10/30/2026 | $2,000.00 |
| | | | Total Due Prior to Payment: | $2,000.00 |
| | | | Total Tendered: | $2,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: BD1 / CJA PAYMENT FOR SAMIR HANDAL / 22CR020104 / PER DE#2113

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.