UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA, :

Plaintiff, :

v. :

SAMIR HANDAL, :

Defendant. :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## NOTICE OF CONFLICT

Notice is hereby given of undersigned's conflict. Undersigned counsel is scheduled before the Honorable United States District Court Judge Joan M. Azrack in *United States v. Alberto Gomez,* Case No. 2:26-cr-00227-JMA-LGD (EDNY) in Islip, NY. This hearing is scheduled for 12:00 p.m. and is expected to last only one hour. Therefore, while undersigned may be available by phone, he is not available to attend the hearing in this matter currently scheduled for Wednesday, November 4, 2026, in person.

Respectfully submitted,

**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: **s/ PAUL D. PETRUZZI**
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2026, a true and correct copy of the foregoing was furnished by email to the AUSA assigned to this matter.

By: **s/ PAUL D. PETRUZZI**
**PAUL D. PETRUZZI, ESQ.**
**Attorney for Defendant**



**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**, 169 E. FLAGLER ST., SUITE 1241, MIAMI, FL 33131, TELEPHONE (305) 373-6773; FACSIMILE: (305) 373-3832