UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMIR HANDAL,
Defendant.
_______________________________/

**URGENT MOTION FOR RECOMMENDATION DIRECTING THE FEDERAL DETENTION CENTER – MIAMI TO COMPLY WITH COURT'S ORDER REGARDING MR. HANDAL'S RETINAL DISEASE**

The Defendant, SAMIR HANDAL, through undersigned counsel, respectfully moves this Court to direct the Warden of the Federal Detention Center in Miami ("FDC-Miami") to comply with the Court's October 20, 2026, Order (DE 2170) by immediately transporting Mr. Handal to the Bascom Palmer Eye Institute for his eye injection. In support, Mr. Handal states:

1. Mr. Handal was arrested on September 21, 2026, and was denied bond on September 28, 2026. (DE 2033). Before his arrest, undersigned counsel attempted to discuss a voluntary surrender.

2. Mr. Handal has been held in the Special Housing Unit ("SHU") at FDC-Miami since his arrest. This housing is the direct result of the prosecutors' requests that the defendants be kept separate from one another and from potential witnesses.

3. Mr. Handal is 68 years old and suffers from several chronic medical conditions that require continued treatment during his detention including wet macular degeneration for which he was prescribed eye injections for. Prior to his arrest, he was scheduled to receive an eye injection at Bascom Palmer Eye Institution on September 30,

2026. On October 14, 2026, he moved for a recommendation directing FDC-Miami to provide necessary medical care and non-punitive housing. (DE 2138).

4. On October 20, 2026, the Court granted the motion in part. Among other things, it ordered FDC-Miami to promptly arrange a medical evaluation of Mr. Handal's macular degeneration and to ensure that he "receives his recurring eye injections as necessary." (DE 2170).

5. Mr. Handal was taken to the Bascom Palmer Eye Institute the next day, October 21, 2026. Doctors found water in his left eye, the very condition his injections are meant to prevent. *See* medical records filed separately under seal.

6. More than two weeks have passed since that appointment, and FDC-Miami has not returned Mr. Handal to Bascom Palmer for the injection.

7. FDC-Miami's delay is contrary to the Court's Order, which requires it to ensure that Mr. Handal receives these injections as necessary. Court intervention is urgently needed to ensure that he receives this treatment without further delay.

**WHEREFORE**, the Defendant, SAMIR HANDAL, respectfully requests that this Court enter an order directing the Warden of FDC-Miami to comply with its Order (docket entry 2170) by immediately transporting Mr. Handal to the Bascom Palmer Eye Institute for his eye injection and providing all other necessary follow-up care.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
E-mail: petruzzi-law@msn.com

By: /s/ Paul D. Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
E-mail: bvlaw@outlook.com

By: /s/ Beatriz D. Vazquez
**BEATRIZ D. VAZQUEZ, ESQ.**
Florida Bar No. 1002875

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By: /s/ Paul D. Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Attorney for Defendant