UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_____________________________________/

**ORDER GRANTING URGENT MOTION FOR ORDER DIRECTING THE FEDERAL DETENTION CENTER – MIAMI TO COMPLY WITH THE COURT'S OCTOBER 20, 2026 ORDER**

THIS CAUSE is before the Court on Defendant Samir Handal's Urgent Motion for Order Directing the Federal Detention Center – Miami to Comply with the Court's October 20, 2026 Order Regarding Mr. Handal's Retinal Disease. The Court has reviewed the Motion, the medical records filed under seal, and the record in this case, and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.
2. The Warden of the Federal Detention Center in Miami ("FDC-Miami") shall comply with the Court's October 20, 2026 Order (DE 2170) and shall immediately transport Mr. Handal to the Bascom Palmer Eye Institute for his eye injection.
3. FDC-Miami shall provide all necessary follow-up care for Mr. Handal's retinal disease, including his recurring eye injections, as directed by his treating physicians.
4. The Court's October 20, 2026, Order (DE 2170) otherwise remains in effect.

5. Counsel for the Government shall promptly provide a copy of this Order to the Warden and the Legal Department of FDC-Miami.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _______________, 2026.

_______________________________________
HONORABLE JUDGE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record