UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_______________________________/

**MOTION TO SEAL EX PARTE MOTIONS**

The Defendant, SAMIR HANDAL, through undersigned counsel, hereby files the instant Motion to Seal two Ex Parte CJA Motions relating to the representation of the Defendant. In support of this motion, counsel alleges as follows:

1. Mr. Handal's Motion to Seal is appropriately submitted in an ex parte and sealed fashion. Mr. Handal was determined to be partially indigent on October 9, 2026. (DE 2113).

2. Said motions (2) refer to the internal work process and work product of the defense.

3. Matters pertaining to CJA defense expenditures and case budgets are generally filed under seal.

Respectfully submitted,

**Law Offices of Paul D. Petruzzi, P.A.**
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: PAUL D. PETRUZZI
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2026, a true and correct copy of the foregoing was furnished CM/ECF to counsel of record.

By: PAUL D. PETRUZZI
**PAUL D. PETRUZZI, ESQ.**
Attorney for Samir Handal