UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
____________________________________/

**[PROPOSED] ORDER GRANTING**
**DEFENDANT SAMIR HANDAL'S MOTION TO SEAL EX PARTE MOTIONS**

THIS CAUSE is before the Court on Defendant Samir Handal's Motion to Seal two Ex-Parte CJA Motions relating to the representation of the Defendant, Samir Handal. The Court has reviewed the Motion and the record, and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED as follows:

The Motion is GRANTED. Mr. Handal is permitted to file his two CJA ex parte motions on an ex parte/sealed fashion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _______________, 2026.

____________________________________
HONORABLE JUDGE JACQUELINE BECERRA
UNITED STATES DISTRICT COURT JUDGE